STANDARD ORDER FOR SENTENCING HEARINGS: The Court expects counsel to comply with all requirements of Fed.R.Crim.P 32(f) and LCrR 32.2. Any sentencing memoranda, position paper, or brief directed to PSR objections or to the 3553(a) factors must be filed at least two full business days before the sentencing hearing. The Court discourages joint requests by the parties seeking a change in the guideline calculation after the final PSR is filed, as such requests reflect a failure to follow the procedures in LCrR 32.2(c) and (d). If there is such a request, it must be made in writing and filed at least three full business days before the sentencing hearing. Any motion filed by the government related to sentencing must be filed at least two full business days before the sentencing hearing.